UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F.H., ET AL.<br><br>                              Plaintiffs,<br>–against–<br><br>CITY OF YONKERS, ET AL.,<br><br>                              Defendants. | 19  Civ. 4722  (PED)<br><br>TRIAL ORDER |

Jury selection in this action will be held on **May 31, 2022, at  9:30 a.m.**

Trial shall proceed immediately following the completion of jury selection.  Unless otherwise specified by the Court, trial shall continue from day to day from 9:30 a.m. until 5:00 p.m.

Proposed voir dire and witness lists must be filed by **May 6, 2022.**

Proposed jury instructions and a proposed verdict form must be filed by **May 6, 2022. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.**

Any motions *in limine*, as well as any trial memoranda counsel wishes to submit, shall be filed by **April 18, 2022.**

**In addition to any motions or trial memoranda the parties wish to submit, the Court requires the parties to submit, by April 18, 2022, their positions – and supporting briefs – regarding the relevance, admissibility, and compensability of the April 21, 2018 attack alleged in paragraph 25 of the complaint.**

Responses to motions *in limine* shall be filed by **April 29, 2022.** Any replies are due **May 6, 2022.**

The aforementioned papers shall be filed via ECF.  **Counsel shall simultaneously provide courtesy copies to Chambers.**

**Counsel shall pre-mark all exhibits.  Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

Counsel shall appear for a final pretrial conference in Courtroom 420 on **May 9, 2022, at 10:00 a.m. in Courtroom 420..**

Dated: March 1, 2022
      White Plains, New York

                                            **SO ORDERED**

                                            _____
                                            PAUL E. DAVISON
                                            United States Magistrate Judge