UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.H., ET AL.

                                          **Plaintiffs,**

        –against–                              19  Civ. 4722  (PED)

**CITY OF YONKERS, ET AL.,**                     **AMENDED**
                                                              **TRIAL ORDER**

                                    **Defendants.**

Jury selection in this action will be held on **February 27, 2023**, at 9:30 a.m.

Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue from day to day from 9:30 a.m. until 5:00 p.m.

Proposed voir dire and witness lists must be filed by **February 6, 2023.**

Proposed jury instructions and a proposed verdict form must be filed by **February 6, 2023. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.**

Plaintiff may reply to defendants' outstanding motions *in limine* by **January 17, 2023.** No further briefing of those motions is authorized.

The aforementioned papers shall be filed via ECF. **Counsel shall simultaneously provide courtesy copies to Chambers.**

**Counsel shall pre-mark all exhibits. Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

Counsel shall appear for a final pretrial conference in Courtroom 420 on **February 15, 2023** at 10:00 a.m. in Courtroom 420..

Dated: December 23, 2022
       White Plains, New York

                                                     **SO ORDERED**

                                                     _____
                                                     PAUL E. DAVISON
                                                     United States Magistrate Judge