UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREYMI HERNANDEZ, EVELYN PICHARDO,
and FREDDY HERNANDEZ,

                Plaintiffs,

v.

THE CITY OF YONKERS, YONKERS BOARD
OF EDUCATION, YONKERS PUBLIC SCHOOLS,
EDWIN M. QUEZADA, PhD, MICHAEL SHAPIRO,
JOHN DOE "1-5", JANE DOE "1-5",

                Defendants.
------------------------------------------------------------------X

**JUDGMENT**

19 Civ 4722 (PED)

      **WHEREAS**, plaintiffs FREYMI HERNANDEZ, EVELYN PICHARDO and FREDDY HERNANDEZ commenced this action by filing a complaint on or about May 22, 2019, alleging that defendants negligently caused injuries to plaintiffs; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs' allegations; and

      **WHEREAS**, defendants, through the City of Yonkers, served plaintiffs with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on January 18, 2023;

      **WHEREAS**, on January 18, 2023; plaintiffs accepted the Offer of Judgment, it is hereby,

      **ORDERED, ADJUDGED AND DECREED**, that plaintiffs take judgment against defendants for the total sum of $115,000.00 in full satisfaction of all claims against the defendants herein, said $115,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiffs' favor.  The judgment is in full satisfaction of all claims made by plaintiffs and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not

to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
       January 20, 2023

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE